VALLEY SURGICAL GROUP, P.C. *v.* ADMINISTRATOR,
UNEMPLOYMENT COMPENSATION ACT, ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 588, is denied.

*Joseph I. Lieberman,* attorney general, and *Richard T. Sponzo,* assistant attorney general, in support of the petition.

*Ian Cole,* in opposition.

Decided May 15, 1986

CANTON MOTORCAR WORKS, INC. *v.*
JACK DiMARTINO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 6 Conn. App. 447, is denied.

*Lester Katz,* in support of the petition.

*Stacey L. Savin,* in opposition.

Decided May 21, 1986

JOHN JOSEPH CIMINO *v.* CARL ROBINSON, WARDEN
(SOMERS CORRECTIONAL INSTITUTION)

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 680, is denied.

*Joan A. Leonard,* assistant public defender, in support of the petition.

*Brian E. Cotter,* assistant state's attorney, in opposition.

Decided May 21, 1986